No. D–1339. IN RE DISBARMENT OF REEF. Norman S. Reef, of Portland, Me., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 10, 1994 [*ante*, p. 1035], is hereby discharged.

No. D–1346. IN RE DISBARMENT OF ARDITTI. Victor R. Arditti, of El Paso, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 10, 1994 [*ante*, p. 1036], is hereby discharged.

No. D–1350. IN RE DISBARMENT OF LILLY. David Greene Lilly, of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 10, 1994 [*ante*, p. 1036], is hereby discharged.

No. D–1356. IN RE DISBARMENT OF SEEMAN. It is ordered that Bernard M. Seeman, of Lake Success, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1357. IN RE DISBARMENT OF CARPENTER. It is ordered that James P. Carpenter III, of Chillicothe, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1358. IN RE DISBARMENT OF HENDERSON. It is ordered that Richard Stanley Henderson, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.